**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Karen Sanders, Theodore Chase, Kevin Pever, Hassan Gebara, Lindsey Villanueva, Tamisha Shelton, Kenneth Williams, Timisha Kimble, and Rosemary Ejiofor v. Kanti Bansal d/b/a Signaturecare Emergency Center, Round Table Physicians Group, PLLC, Chyna Corallino, and Lisa Snyder

Appellate case number:     01-18-00508-CV

Trial court case number:     DC-17-DCV-239861

Trial court:     240th District Court of Fort Bend County

Appellants, Karen Sanders, Theodore Chase, Kevin Pever, Hassan Gebara, Lindsey Villanueva, Tamisha Shelton, Kenneth Williams, Timisha Kimble, and Rosemary Ejiofor, have filed a motion to consolidate the appeal in No. 01-18-00508-CV with the appeal in No. 01-18-00510. The motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
        ☑ Acting individually     ☐ Acting for the Court

Date: July 24, 2018